SUZANNE M. TRIMBLE, SBN 72969
TRIMBLE, SHERINIAN & VARANINI
2500 Venture Oaks Way, Suite 350
Post Office Box 590 (95812-0590)
Sacramento, California 95833
Telephone:  (916) 444-8271

Attorneys for Defendants M.T.M. TRANSPORTATION,
A corporation; DESERT WIND ENTERPRISES., a
Corporation, RONALD McCOY, an individual and
ROBERT COLLINS, an individual

**UNITED STATE DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOHN D. CLEMENT, Individually and as Personal Representative of the Estate of James D. Clement, Sr., Deceased, | Case No. C 06-01499 SBA |
| Plaintiffs, | |
| v. | **STIPULATION AND ORDER RE FIRST APPEARANCE AND CMC** |
| M.T.M. TRANSPORTATION, a corporation; DESERT WIND ENTERPRISES, INC.., a corporation; RONALD McCOY, an individual; ROBERT COLLINS, an individual; and DOES 1-100, inclusive, | |
| Defendants. | |
| _____/ | |

**WHEREAS**, one or more defendants have been duly served with process in this matter and

a first appearance is due on or before June 12, 2006, a Joint Case Management Conference (CMC)

Statement is due June 21, 2006, and a CMC is scheduled for June 28, 2006, the parties hereby

request that there matters be continued for the following reasons:

1.      This wrongful death action arises out of a motor vehicle accident which occurred in

Lassen County, California, within the Northern District of California;

1

Stipulation and Order re First Appearance
And CMC

TRIMBLE, SHERINIAN & VARANINI
2500 VENTURE OAKS WAY, SUITE 350
P.O. BOX 590
SACRAMENTO, CALIFORNIA 95812-0590
(916) 444-8271

2.      This wrongful death action is not the only wrongful death action that has been filed as a consequence of the motor vehicle accident;

3.      A second action for wrongful death is pending in Lassen County, California, Superior Court;

4.      Each of the two actions for wrongful death has been brought by separate and competing heirs;

5.      Defendants will be filing a motion to change venue of the within action from the Northern District Court to the Eastern District Court;

6.      Defendants will be seeking to remove the Lassen County Superior court Action to the Eastern District Court in order to join all actions by all heirs into a single proceeding;

7.      The parties for all heirs and all defendants agree through their counsel that an early mediation of these actions could result in an early resolution of all claims and actions;

8.      Counsel for all parties desire to avoid preparing multiple motions, stipulations, and other proceedings in these actions if the parties can reach early resolution;

9.      The assets available to settle the claims of all heirs in both wrongful death actions, including available liability insurance, are fixed or otherwise limited and may be insufficient to adequately compensate all heirs in both wrongful death actions;

10.     Under the circumstances, no party benefits from delay in resolving the claims of all heirs.

**ACCORDINGLY**, the parties in the above-entitled action submit the following stipulations for the court's approval:

2

Stipulation and Order re First Appearance
And CMC

TRIMBLE, SHERINIAN & VARANINI
2500 VENTURE OAKS WAY, SUITE 350
P.O. BOX 590
SACRAMENTO, CALIFORNIA 95812-0590
(916) 444-8271

1    1.    That the defendants M.T.M. Transportation, a corporation, Desert Wind

2 Enterprises, Inc., a corporation, Ronald McCoy, an individual, and Robert Collins, an individual be

3 granted an extension of time to enter their first appearance in this matter through August 31, 2006;

4

5    2.    That the court's initial Case Management Conference (CMC) be continued from

6 June 28, 2006 at 3:00 p.m. to _____, 2006 at _____ a.m./p.m. to be conducted by

7 telephone, plaintiffs' counsel to initiate the conference call;

8    3.    That the parties will submit a joint CMC statement no later than

9

10 _____, 2006, unless the matter settles prior to that date.

11 DATED:    June 13, 2006    BAUM  HEDLUND, PC

12    /s/

13

14 _____
JOHN A. GREAVES

15 Attorneys for Plaintiffs

16

17 Dated:    June 13, 2006    TRIMBLE, SHERINIAN & VARANINI

18

19    /s/

20 S
A

21

22 **OF**

23    **IT IS SO ORDERED.**

24 DATED: 6/30/06

25 JUD                                          CT
COU

26 CALIF

27

28

DENIED

Judge Saundra B. Armstrong

Stipulation and Order re First Appearance
And CMC

TRIMBLE, SHERINIAN & VARANINI
2500 VENTURE OAKS WAY, SUITE 350
P.O. BOX 590
SACRAMENTO, CALIFORNIA 95812-0590
(916) 444-8271