SUZANNE M. TRIMBLE, SBN 72969
TRIMBLE, SHERINIAN & VARANINI
2500 Venture Oaks Way, Suite 350
Post Office Box 590 (95812-0590)
Sacramento, California 95833
Telephone:  (916) 444-8271

Attorneys for Defendants DESERT WIND ENTERPRISES, INC.,
M.T.M. TRANSPORTATION, RONALD McCOY and
ROBERT COLLINS,

# UNITED STATE DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN D. CLEMENT, Individually and as Personal Representative of the Estate of James D. Clement, Sr., Deceased,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>M.T.M. TRANSPORTATION, a corporation; DESERT WIND ENTERPRISES, INC.., a corporation; RONALD McCOY, an individual; ROBERT COLLINS, an individual; and DOES 1-100, inclusive,<br><br>　　　　　Defendants.<br>_____/ | Case No. C 06-01499 SBA<br><br>**STIPULATION AND ORDER TO CHANGE VENUE** |

　　　　WHEREAS, the parties agree that venue for the trial in this matter is both proper and more convenient in the Eastern District Court in Sacramento, California, the parties hereby stipulate to transfer this matter for all purposes to the U.S. Eastern District Court in Sacramento, California.

//

//

//

1

Stipulation and Order to
Change Venue

SO STIPULATED:

DATED: September 27, 2006     BAUM ♦ HEDLUND

/s/
_____
RONALD L.M. GOLDMAN
Attorney for Plaintiffs

DATED: September 27, 2006     TRIMBLE, SHERINIAN & VARANINI

/s/
_____
SUZANNE M. TRIMBLE
Attorneys for Defendants

**ORDER**

The parties hereto having so stipulated;

IT IS HEREBY ORDERED that this matter is hereby transferred for all purposes to the U.S. Eastern District Court, Sacramento, CA.

DATED: 10/23/06    _____
JUDGE SAUNDRA BROWN ARMSTRONG

Stipulation and Order to
Change Venue

2